# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**MARK LEO**

      vs.                  **CASE NUMBER: 5:06-cv-1530 (GTS/ATB)**

**NEW YORK STATE DEPARTMENT OF HEALTH;
RICHARD F. DAINES, in his official capacity as
Commissioner of the New York State Department of
Health; ONONDAGA COUNTY DEPARTMENT OF
SOCIAL SERVICES; DAVID SUTKOWY, in his official
capacity as Commissioner of the Onondaga County
Department of Social Services including Protective
Services for Adults; ONONDAGA COUNTY
DEPARTMENT OF LONG TERM CARE SERVICES
and ROBERTA A. SPRAGUE in her official
capacity as Commissioner of the Onondaga
County Department of Long Term Care Services**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint is DISMISSED pursuant to Fed. R. Civ. P. 25(a). Judgment is hereby entered in favor of the Defendants.

All of the above pursuant to the Decision and Order of the Honorable District Judge Glenn T. Suddaby, dated the 17th day of May, 2010.

DATED: May 17, 2010

*[signature]*
Clerk of Court

                        s/ Melissa Ennis
                        Melissa Ennis
                        Deputy Clerk